**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

MONIQUE D. PRESTON,

    Plaintiff,                                    Case No. 9:19-cv-81439-DMM

v.

PIONEER CREDIT RECOVERY, INC.,

    Defendant.

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that Monique D. Preston (the "Plaintiff") and Pioneer Credit Recovery, Inc. (the "Defendant"), hereby notify the Court the parties have reached settlement. The Parties propose to file a stipulated dismissal with prejudice within 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Dated: April 10, 2020                      Respectfully submitted,

                                                  s/ Alexander J. Taylor
                                                  Alexander J. Taylor, Esq.
                                                  Florida Bar No. 1013947
                                                  *Counsel for Plaintiff*
                                                  Sulaiman Law Group, Ltd.
                                                  2500 Highland Avenue, Suite 200
                                                  Lombard, Illinois 60148
                                                  (630) 575-8181 (phone)
                                                  (630) 575-8188 (fax)
                                                  ataylor@sulaimanlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2020 I caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

/s/ Alexander J. Taylor<br>
Alexander J. Taylor, Esq.